UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREINA MARIA SANCHEZ,<br><br>               Plaintiff,<br><br>-against-<br><br>JULIO C BARBER SHOP, ET AL.,<br><br>               Defendants. | 24-CV-1241 (RA)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This action is scheduled for a telephonic status conference on **April 8, 2024** at **11:00 AM**. The Defendants should be prepared to discuss when they expect counsel to appear on their behalf.

Counsel and parties are directed to call my Microsoft Teams conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 232 418 852#.**

DATED:  March 29, 2024
           New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge