UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREINA MARIA SANCHEZ,<br><br>               Plaintiff,<br><br>-against-<br><br>JULIO C BARBER SHOP, et al.,<br><br>               Defendants. | 24-CV-1241 (RA)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

In light of the Notice of Appearance filed by Defendants, the April 8, 2024 status conference is cancelled. All other deadlines remain unchanged.

DATED:  April 5, 2024
            New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge